UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 09-04954-KSJ

*In re:*  CHAPTER 7

**FRANK CAMPOS**

   **Debtor.**

_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This case is before the Court on the Motion for Relief from Automatic Stay [DE-32] filed on September 16, 2009 by GRP LOAN, LLC (hereinafter "Movant").  No appropriate response having been filed in accordance with Local Rule 2002-4, it is **ORDERED:**

1. The Motion for Relief from the Automatic Stay is granted.

2. The Automatic Stay imposed by 11 U.S.C. § 362 is lifted as to Movant, and it may proceed with the foreclosure of its lien on the following property:

    **Lot 16, KNOB HILL ESTATES UNIT ONE, according to the plat thereof, as recorded in Plat Book 2, Page 180 of the Public Records of Osceola County, Florida.  The property is now or was formerly known as 850 Knob Hill Circle, Kissimmee, FL 34744.**

3. This Order is entered for the sole purpose of allowing Movant to obtain *in rem* judgment against the property described above.  Movant shall not seek an *in personam* judgment against the Debtor.

4. Movant and/or its successors and assigns may, at its option, offer, provide, and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement.  Movant may contact the Debtor via telephone or written correspondence to offer such an agreement.  Any such agreement shall be non-recourse, unless included in a reaffirmation agreement.

5. Movant is hereby awarded its fees of $350.00 and costs of $150.00 in conjunction with filing and/or prosecution of this Motion.

6. Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is not waived or reduced.

DONE and ORDERED in Orlando, Florida, this 8th day of October, 2009

_____
Karen S. Jennemann
United States Bankruptcy Judge

Copies Furnished to:
Marc G. Granger, Esq., Adorno & Yoss LLP, P.O. Box 143107, Miami, FL 33114-3107
FRANK CAMPOS, 850 Knob Hill Circle, Kissimmee, FL 34744
John Karl Schwartz, Jr., Esq, 318 N John Young Parkway, Ste 6, Kissimmee, FL 34741
Robert E. Thomas, Trustee, P.O. Box 5075, Winter Park, FL 32793
US Trustee-ORL7, 135 W. Central Blvd., Ste 620, Orlando, FL 32801